AO 91 (Rev 11/11) Criminal complaint

Address - 1109 Harvest glen dr
Plano tx 75023

United States of America

V.

Rico Cortez Dukes

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 AUG -3 PM 4:31

DEPUTY CLERK _____

Case no.

317-CV2063-K

Defendant

# Criminal complaint

I, the complaint in this case, state the following is true to the best of my knowledge and belief. On or about the date(s) of <u>february 9</u> <u>2016</u> _____ in the county of <u>America</u> in the <u>united states</u> District of <u>Connecticut</u> the defendant(s) violated:

| Code section | Offense Description |
|---|---|
| voter Registration fraud | 004267514 which is Rico Cortez Dukes Birth certificate serial number that was issused to Rico Cortez Dukes aug 26, 1979 Shreveport LA |

Rico Dukes
Attorney

This criminal complaint is Based on these facts:

Documents from Connecticut Registered public information Document with 004267514 Jessica Anna Leclair 05/15/94 for her voter ID number when 004267514 is Rico Cortez Dukes Birth certificate serial number that is issused to Rico Cortez Dukes from the United States government. Audio recordings from Washington DC Board of election and Department of justice pubilc affairs ploves with both Departments confessing this is a federal crime Both audios made world news, wn.com making this grounds for federal voter Registration fraud Beyond a Reasonable Doubt.

the Barcode on my Birth certificate makes it a negotiable instrument meaning it can be sold are traded for profit. But only produce and product can be bar coded to scan for sell trade are profit not humans in no shape form are color. Slavery was abolished in 1865 April 8, 1864 and jan 31 1865 the house feb 1 1865 Abraham Lincoln signed in ink

Sworn to Before me and
signed in my presence

_Rico Dukes_
complaint signature

Aug   2017
Date

Printed and title

Dallas texas
City and State

Judge Signature

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF BIRTH

4267514

BIRTH NO: 119-1979-041-00612

**CHILD'S NAME (LAST, FIRST, SECOND)**
DUKES, RICO CORTEZ

| BIRTH DATE | TIME OF BIRTH | SEX | NUMBER BORN | BIRTH ORDER |
|---|---|---|---|---|
|  | 05:18 PM | M | 1 | 1 |

**PLACE OF BIRTH (CITY, TOWN, OR LOCATION)**
SHREVEPORT

**NAME OF HOSPITAL OR INSTITUTION**
PHYSICIANS AND SURGEONS HOSPITAL

**RESIDENCE OF MOTHER/SPOUSE (CITY, TOWN, OR LOCATION)**
SHREVEPORT

| PARISH | STATE | ZIP Code |
|---|---|---|
| CADDO | LA | 71109 |

**STREET ADDRESS OF RESIDENCE**
5321 KENNEDY DR

**FATHER'S/SPOUSE'S NAME (LAST, FIRST, SECOND)**
DUKES, ROBERT CHARLES

**CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)**
SHREVEPORT, LOUISIANA

**AGE AT THIS BIRTH**
24

**MOTHER'S/SPOUSE'S NAME (LAST, FIRST, SECOND)**
MERRITT, TERETHA

**CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)**
HOMER, LOUISIANA

**AGE AT THIS BIRTH**
26

**FILE DATE**
September 10, 1979

**DATE ISSUED**
August 7, 2015 11:42:50 AM

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

ISSUED BY: Winget, Christopher James

*004267514*

[handwritten: {negotiable instrument} ← federal, civil, a constitution violation]

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA – R.S.40:32, ET SEQ.

DEVIN GEORGE
STATE REGISTRAR



Case: **3:17-cv-02063**
Assigned To : **Kinkeade, Ed**
Referral Judge: **Ramirez, Irma Carrillo**
Assign. Date : **8/3/2017**
Description: **Dukes v United States of America**



